```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GABRIEL RAMIREZ,<br><br>        Defendant. | No.  CR-S-07-0347 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br><br>Date:   October 1, 2007<br>Time:   8:30 a.m.<br>Judge: Hon. William B. Shubb |

    It is hereby stipulated between the parties, Assistant United States Attorney Heiko Coppola, an d Assistant Federal Defender Caro Marks, attorney for defendant Gabriel Ramirez, as follows:

The status conference hearing date of August 27, 2007, should be continued until October 1, 2007. This is because the discovery the government anticipates providing to the defense consists of over 200 pages of law enforcement reports, 10 DVD's and four CD's. Defense counsel needs additional time to review the material and to provide it

to the defendant, who will then need to view it electronically at the Sacramento County jail.

Therefore, IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including October 1, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:   August 22, 2007

                                 Respectfully submitted,

                                 DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Caro Marks
                               _____
                               CARO MARKS
                               Attorney for Defendant
                               GABRIEL RAMIREZ

                               /s/ Heiko Coppola
                               _____
                               HEIKO COPPOLA
                               Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 27, 2007, status conference hearing be continued to October 1, 2007, at 8:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a

Name of Pleading: Ramirez S/O   -2-

continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 1, 2007 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  August 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading: Ramirez S/O   -3-