```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  GABRIEL RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0347 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~]ORDER |
| v. ) | |
| ) | |
| GABRIEL RAMIREZ, ) | Date: December 17, 2007 |
| ) | Time: 8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Heiko Coppola, and Assistant Federal Defender Caro Marks, attorney for defendant Gabriel Ramirez, as follows:

    The status conference hearing date of November 19, 2007, should be continued until December 17, 2007. The defense needs additional time to review the reports, DVD's (10) and CD's (4) the government provided it in discovery.  The defense needs additional time to review this discovery with Mr. Ramirez and an interpreter at the Sacramento County

1 | Jail.

2 |     Therefore, IT IS STIPULATED between the parties that the time
3 | period between the signing of this Order up to and including December
4 | 17, 2007, be excluded in computing the time within which trial must
5 | commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
6 | 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
7 | counsel.

9 | Dated:   November 15, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Attorney for Defendant
                                        GABRIEL RAMIREZ

                                        /s/ Heiko Coppola
                                        _____
                                        HEIKO COPPOLA
                                        Assistant United States Attorney

**ORDER**

20 |     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
21 | ordered that the November 19, 2007, status conference hearing be
22 | continued to **December 17, 2007, at 8:30 a.m.**  Based on the
23 | representation of defense counsel and good cause appearing there from,
24 | the Court hereby finds that the failure to grant a continuance in this
25 | case would deny defense counsel reasonable time necessary for effective
26 | preparation, taking into account the exercise of due diligence.  The
27 | Court finds that the ends of justice to be served by granting a
28 | continuance outweigh the best interests of the public and the defendant

1  in a speedy trial.  It is ordered that time up to and including the
2  December 17, 2007 status conference shall be excluded from computation
3  of time within which the trial of this matter must be commenced under
4  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
5  and Local Code T-4, to allow defense counsel reasonable time to
6  prepare.
7  Dated:  November 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading: Ramirez S/O     -3-