DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GABRIEL RAMIREZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0347 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~]ORDER |
| v. | ) | |
| | ) | |
| GABRIEL RAMIREZ, | ) | Date:  January 14, 2008 |
| | ) | Time:  8:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

   It is hereby stipulated between the parties, Assistant United States Attorney Heiko Coppola, and Assistant Federal Defender Caro Marks, attorney for defendant Gabriel Ramirez, as follows:

   The status conference hearing date of December 17, 2007, should be continued until January 14, 2008. The defense has not completed its task of playing all the CD's and DVD's to the defendant at the jail, with the assistant of an interpreter. Furthermore, the defense just received some new discovery which it must review with the defendant.

1     Therefore, IT IS STIPULATED between the parties that the time
2 period between the signing of this Order up to and including January
3 14, 2008, be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
5 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
6 counsel.

8 Dated:   December 13, 2007
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
10                                      Federal Defender

                                        /s/ Caro Marks
12                                      _____
                                        CARO MARKS
13                                      Attorney for Defendant
                                        GABRIEL RAMIREZ

15                                      /s/ Heiko Coppola
                                        _____
16                                      HEIKO COPPOLA
                                        Assistant United States Attorney

18                                   **ORDER**

19     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
20 ordered that the December 17, 2007, status conference hearing be
21 continued to January 14, 2008, at 8:30 a.m.  Based on the
22 representation of defense counsel and good cause appearing there from,
23 the Court hereby finds that the failure to grant a continuance in this
24 case would deny defense counsel reasonable time necessary for effective
25 preparation, taking into account the exercise of due diligence.  The
26 Court finds that the ends of justice to be served by granting a
27 continuance outweigh the best interests of the public and the defendant
28 in a speedy trial.  It is ordered that time up to and including the

Name of Pleading: Ramirez S/O      -2-

1  January 14, 2008 status conference shall be excluded from computation
2  of time within which the trial of this matter must be commenced under
3  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
4  and Local Code T-4, to allow defense counsel reasonable time to
5  prepare.
6  Dated:   December 13, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading: Ramirez S/O      -3-