DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GABRIEL RAMIREZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0347 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~]ORDER |
| v. | ) | |
| | ) | |
| GABRIEL RAMIREZ, | ) | Date:  March 10, 2008 |
| | ) | Time:  8:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Heiko Coppola, and Assistant Federal Defender Caro Marks, attorney for defendant Gabriel Ramirez, as follows:

    The status conference hearing date of February 19, 2008, should be continued until March 10, 2008. The defense has not completed its task of playing all the CD's, DVD's and additional discovery to the defendant at the jail, with the assistant of an interpreter.

    Therefore, IT IS STIPULATED between the parties that the time

1 period between the signing of this Order up to and including March 10,
2 2008, be excluded in computing the time within which trial must
3 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
4 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
5 counsel.

7 Dated:   February 14, 2008
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Attorney for Defendant
                                        GABRIEL RAMIREZ


                                        /s/ Heiko Coppola
                                        _____
                                        HEIKO COPPOLA
                                        Assistant United States Attorney

**ORDER**

18   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the February 19, 2008, status conference hearing be
20 continued to March 10, 2008, at 8:30 a.m.  Based on the representation
21 of defense counsel and good cause appearing there from, the Court
22 hereby finds that the failure to grant a continuance in this case would
23 deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  The
25 Court finds that the ends of justice to be served by granting a
26 continuance outweigh the best interests of the public and the defendant
27 in a speedy trial.  It is ordered that time up to and including the
28 March 10, 2008 status conference shall be excluded from computation of

1  time within which the trial of this matter must be commenced under the
2  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and
3  Local Code T-4, to allow defense counsel reasonable time to prepare.
4  Dated:   February 15, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading: Ramirez S/O       -3-