```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  GABRIEL RAMIREZ

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,     ) No. CR-S-07-0347 WBS
14                                )
                Plaintiff,        )
15                                ) STIPULATION AND [PROPOSED]ORDER
         v.                       )
16                                )
    GABRIEL RAMIREZ,              ) Date:  April 7, 2008
17                                ) Time:  8:30 a.m.
                Defendant.        ) Judge: Hon. William B. Shubb
18                                )
    _____ )
19
```

It is hereby stipulated between the parties, Assistant United States Attorney Heiko Coppola, and Assistant Federal Defender Caro Marks, attorney for defendant Gabriel Ramirez, as follows:

The status conference hearing date of March 10, 2008, should be continued until April 7, 2008.

The government is still supplying new discovery to the defense. The latest law enforcement report  - drug laboratory results and one written report - were received in the last week of February, 2008.

Defense counsel has not yet had time to take it to the Sacramento County Jail and have it translated for the defendant. The defendant has also requested to view certain DVD's again, which requires an interpreter to take a laptop over to the jail and play the DVD's for the defendant. The parties request additional time to receive any outstanding discovery, review the latest discovery with the defendant, and review the DVD's with him.

Therefore, IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including April 7, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: March 5, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
GABRIEL RAMIREZ

/s/ Heiko Coppola
_____
HEIKO COPPOLA
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 10, 2008, status conference hearing be continued to April 7, 2008, at 8:30 a.m. Based on the representation of defense

Name of Pleading: Ramirez S/O      -2-

1  counsel and good cause appearing there from, the Court hereby finds
2  that the failure to grant a continuance in this case would deny defense
3  counsel reasonable time necessary for effective preparation, taking
4  into account the exercise of due diligence.  The Court finds that the
5  ends of justice to be served by granting a continuance outweigh the
6  best interests of the public and the defendant in a speedy trial.  It
7  is ordered that time up to and including the April 7, 2008 status
8  conference shall be excluded from computation of time within which the
9  trial of this matter must be commenced under the Speedy Trial Act
10 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4,
11 to allow defense counsel reasonable time to prepare.
12 Dated:  March 6, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading: Ramirez S/O      -3-