1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

7  Attorney for Defendant
   GABRIEL RAMIREZ
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,        ) No. CR-S-07-0347 WBS
14                                   )
                    Plaintiff,       )
15                                   ) STIPULATION AND [~~PROPOSED~~]ORDER
        v.                           )
16                                   )
   GABRIEL RAMIREZ,                  ) Date:  May 12, 2008
17                                   ) Time:  8:30 a.m.
                    Defendant.       ) Judge: Hon. William B. Shubb
18                                   )
   _____ )
19

20
        It is hereby stipulated between the parties, Assistant United
21
   States Attorney Heiko Coppola, and Assistant Federal Defender Caro
22
   Marks, attorney for defendant Gabriel Ramirez, as follows:
23
        The status conference hearing date of April 7, 2008, should be
24
   continued until May 12, 2008.
25
        The government has made a plea offer, which defense counsel has
26
   explained to the defendant. The defendant would like to consult with
27
   another attorney for a second opinion, which is a reasonable request,
28

1 as his guidelines are high. Both counsel request a continuance to give

2 defense counsel time to arrange a consultation, and to allow the

3 defendant time for a consultation with another attorney. It is not

4 anticipated that the defendant will want to change attorneys.

5      IT IS STIPULATED between the parties that the time period between

6 the signing of this Order up to and including May 12, 2008, be excluded

7 in computing the time within which trial must commence under the Speedy

8 Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4,

9 for ongoing preparation and continuity of counsel.

10

11 Dated:   April 2, 2008
                              Respectfully submitted,

12
                              DANIEL J. BRODERICK
13                            Federal Defender

14
                              /s/ Caro Marks
15                            _____

                              CARO MARKS
16                            Attorney for Defendant
                              GABRIEL RAMIREZ

17

18                            /s/ Heiko Coppola
                              _____
19                            HEIKO COPPOLA
                              Assistant United States Attorney
20

21                                **ORDER**

22      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

23 ordered that the April 7, 2008, status conference hearing be continued

24 to May 12, 2008, at 8:30 a.m.  Based on the representation of defense

25 counsel and good cause appearing there from, the Court hereby finds

26 that the failure to grant a continuance in this case would deny defense

27 counsel reasonable time necessary for effective preparation, taking

28 into account the exercise of due diligence.  The Court finds that the

Name of Pleading: Ramirez S/O      -2-

1  ends of justice to be served by granting a continuance outweigh the

2  best interests of the public and the defendant in a speedy trial.  It

3  is ordered that time up to and including the May 12, 2008 status

4  conference shall be excluded from computation of time within which the

5  trial of this matter must be commenced under the Speedy Trial Act

6  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4,

7  to allow defense counsel reasonable time to prepare and for continuity

8  of counsel.

9  Dated:  April 3, 2008

10

11  _____
   WILLIAM B. SHUBB

12  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Name of Pleading: Ramirez S/O      -3-