```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GABRIEL RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0347 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | |
| ) | |
| GABRIEL RAMIREZ, ) | Date:  June 16, 2008 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Assistant United States Attorney Heiko Coppola, and Assistant Federal Defender Caro Marks, attorney for defendant Gabriel Ramirez, as follows:

The status conference hearing date of May 12, 2008, should be continued until June 16, 2008.

A continuance is necessary because defense counsel Marks will begin a jury trial on May 12, 2008 and will be unavailable for the current status conference date. In addition, the defense needs

additional time to consider the plea agreement that has been tendered by the government.

IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including June 16, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation and continuity of counsel.

Dated:  May 9, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
GABRIEL RAMIREZ

/s/ Heiko Coppola
_____
HEIKO COPPOLA
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 12, 2008, status conference hearing be continued to June 16, 2008, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It

Name of Pleading: Ramirez S/O      -2-

1  is ordered that time up to and including the June 16, 2008 status
2  conference shall be excluded from computation of time within which the
3  trial of this matter must be commenced under the Speedy Trial Act
4  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4,
5  to allow defense counsel reasonable time to prepare and for continuity
6  of counsel.
7  Dated:  May 12, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading: Ramirez S/O      -3-