HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GABRIEL RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL RAMIREZ,<br><br>Defendant. | No. Cr. S 07-347 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

Defendant, GABRIEL RAMIREZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On September 8, 2008, this Court sentenced Mr. Ramirez to a term of 135 months imprisonment;

3. His total offense level was 33, his criminal history category was II, the resulting guideline range was 151 to 188 months, and the court departed downward based on overrepresentation of criminal history.

4. The sentencing range applicable to Mr. Ramirez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Ramirez' total offense level has been reduced from 33 to 31, and his amended guideline range is 121 to 151 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ramirez' term of imprisonment to a total term of 121 months, a sentence the parties conclude is fair and reasonable in light of the factors set forth in 18 U.S.C. § 3553(a);

7. In light of the parties' stipulation, the noticed motion filed May 5, 2015, is withdrawn.

Respectfully submitted,

| | |
|---|---|
| Dated: May 20, 2015 | Dated: May 20, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>GABRIEL RAMIREZ |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Ramirez is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 121 to 151 months. Upon reconsideration of the original presentence report in this matter, it now appears to the court that a sentence of 121 months is sufficient but not greater than necessary to satisfy the factors set forth in 18 U.S.C. § 3553(a), including the intervening modification of the sentencing guidelines. Defendant sold a substantial quantity of methamphetamine, and received a substantial sum of money for his crime. On the positive side,

his criminal history was minimal, and he appeared to be remorseful for his conduct.  Because it appears likely defendant will be deported upon his discharge from custody, it does not appear that a reduction of his term of imprisonment will pose a serious risk of danger to any person or the community.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2008 is reduced to a term of 121 months.

The noticed motion having been withdrawn, the hearing set for May 26, 2015, is VACATED. .

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Ramirez shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  May 20, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE