AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the

Eastern _____ District of _____ California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| GABRIEL RAMIREZ; | ) Case No:   2:07CR00347-01 WBS |
| aka Jaime Ramirez Diaz | ) |
| | ) USM No:   17230-097 |
| Date of Original Judgment:       9/8/2008 | ) |
| Date of Previous Amended Judgment: _____ | ) David Porter, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 135 _____ months **is reduced to** _____ 121 months _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/15/2008 shall remain in effect.

**IT IS SO ORDERED.**

*Order Date:* May 21, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: _____ 11/1/2015 _____          _____ William B. Shubb, U.S. District Court Judge _____
*(if different from order date)*                          *Printed name and title*